IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT WASHINGTON                    :      CIVIL ACTION
                                     :
        v.                           :
                                     :
PHILADELPHIA POLICE DEPARTMENT       :      NO. 13-897
HOMICIDE UNIT SUPERVISORS AUTHORITY  :
OFFICIALS, et al.                    :

                        O R D E R

        AND NOW, this 25 day of March, 2013, upon
consideration of plaintiff's motion to proceed in forma pauperis
and his pro se complaint, IT IS ORDERED that:

        1.    The motion to proceed in forma pauperis is
GRANTED.

        2.    Plaintiff, Robert Washington, #GJ-2069, shall
pay in installments the full filing fee of $350.  Based on the
financial information provided by plaintiff, an initial partial
filing fee of $5.00 is assessed.  The Superintendent or other
appropriate official at the State Correctional Institution at
Retreat or at any other prison at which plaintiff may be
incarcerated is directed to deduct $5.00 from his inmate trust
fund account, when such funds become available, and forward that
amount to the Clerk of the United States District Court for the
Eastern District of Pennsylvania, 2609 U.S. Courthouse,
Philadelphia, PA 19106, to be credited to Civil Action No. 13-
897.  After the initial partial filing fee is collected and until
the full filing fee is paid, the Superintendent or other
appropriate official at the State Correctional Institution at
Retreat or at any prison at which plaintiff may be incarcerated,
shall deduct from plaintiff account, each time that his inmate

trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 13-897.

3.      The complaint is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B), for the reasons discussed in the Court's Memorandum.

4.      The Clerk of Court is directed to send a copy of this order to the Superintendent of the State Correctional Institution at Retreat.

5.      The Clerk of Court shall CLOSE this case.

                    **BY THE COURT:**

                    **MARY A. MCLAUGHLIN, J.**